LAW OFFICES OF ANITA TAFF-RICE
ANITA TAFF-RICE, SBN 186039
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone:  (415) 699-7885
Facsimile:  (925) 274-0988

Attorneys for Petitioner
   COMMPARTNERS, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

(San Francisco Division)

| | |
|---|---|
| COMMPARTNERS, LLC,<br>   a Nevada Corporation<br><br>         Petitioner,<br><br>         v.<br><br>THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA AND PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA<br><br>         Respondents | **CASE NO. 10-2164 CRB**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION REQUESTING AN EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE AND ALL INTERMEDIATE DATES CURRENTLY SCHEDULED** |

   Petitioner CommPartners, LLC ("CommPartners") and Respondent California Public Utilities Commission ("Commission") by and through their respective undersigned counsel, hereby move the Court to enter an Order extending the schedule for the Case Management Conference, currently scheduled for September 3, at 8:30 a.m., and all intermediate deadlines currently scheduled, including the date on which the Commission's response to the Petition must be filed, the last day on which the parties must meet and confer, and the date on which the joint case management statement must be filed.  AT&T neither opposes nor supports the Motion.

On June 13, 2010, Petitioner CommPartners filed a Voluntary Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court, District of Nevada, Case No. BK-S-10-20933 (jointly administered). The bankruptcy filing did not trigger the automatic stay pursuant to 11 U.S.C. § 362. *See In re Merrick*, 175 B.R. 333, 337 (B.A.P. 9th Cir. 1994); *In re Mitchell*, 206 B.R. 204, 212 (Bankr. C.D. Cal. 1997). Although the bankruptcy filing did not result in an automatic stay of the proceeding, it did inject substantial uncertainty as to whether the Petitioner would elect to proceed with this case, and whether the undersigned counsel for CommPartners would be retained post-petition to continue representation of Petitioner CommPartners.

Petitioner CommPartners and Respondent Commission agree to this Motion and propose the following schedule extension:

- Commission response to Petition extended from August 4 to September 17, 2010;
- Last day for all-party meeting to meet and confer on initial disclosures, early settlement, ADR process selection and discovery plan pursuant to FRCivP 26(f) and ADR L.R. 3-5 extended from August 10 to September 24, 2010;
- Last day to file ADR Certification signed by Parties and Counsel pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) extended from August 10 to September 24, 2010;
- Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(b) and (c) extended from August 10 to September 24, 2010;
- Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report pursuant to FRCivP 26(a)(1) and Civil L.R. 16-9 extended from August 24 to October 8, 2010;

[PROPOSED] ORDER EXTENDING TIME- 2

1       • File Case Management Statement (no date previously set) October 8,

2          2010;

3       • Case Management Conference extended from September 3 to

4          October 15, 2010.

5 GOOD CAUSE BEING SHOWN, the order is GRANTED.

6

7

8 Dated: August ___6_, 2010

9

10

11

12 _____

13 United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[PROPOSED] ORDER EXTENDING TIME- 3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this the 4th day of August, 2010 on the following counsel of record, via electronic mail and U.S. Mail:

**Attorney for Respondent California Public Utilities Commission**

Ms. Helen Mickiewicz
California Public Utilities Commission
Legal Division
505 Van Ness Avenue
San Francisco, CA 94102

Mr. Chris Witteman
California Public Utilities Commission
Legal Division
505 Van Ness Avenue
San Francisco, CA 94102

**Attorney for Respondent Pacific Bell Telephone Company d/b/a  AT&T California**

Mr. David Discher
Pacific Bell Telephone Company d/b/a AT&T California
525 Market Street, Room 2027
San Francisco, CA  94105