1  FRANK R. LINDH, SBN 157986
   HELEN M. MICKIEWICZ, SBN 123184
2  LAURA E. GASSER, SBN 189726
   CALIFORNIA PUBLIC UTILITIES COMMISSION
3  505 Van Ness Avenue
   San Francisco, CA  94102
4  Telephone:    (415) 703-2169
   Facsimile:    (415) 703-2262
5  Email:  laura.gasser@cpuc.ca.gov

6  Attorneys for Respondent/Defendant
   California Public Utilities Commission
7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  COMMPARTNERS, LLC,
       a Nevada corporation,
13                                              Case No. CV 10-2164 CRB
                Petitioner/Plaintiff,
14

15      vs.                                     [PROPOSED] ORDER CONTINUING
                                                HEARING ON CROSS MOTIONS FOR
16                                              SUMMARY JUDGMENT

17  THE PUBLIC UTILITIES COMMISSION OF
    THE STATE OF CALIFORNIA AND                 Date:       May 6, 2011
18  PACIFIC BELL TELEPHONE CO. d/b/a            Time:       10 a.m.
    AT&T CALIFORNIA,                            Courtroom:  Hon. Charles R. Breyer
19                                                          Courtroom 8, 19th Floor
                Respondents/Defendants,
20

21

22

23

24

25

26

27

28

1  The parties having made a showing of good cause, the hearing on cross motions for summary
2  judgment is hereby continued from April 1, 2011 to May 6, 2011 at 10 a.m.  Cross motions for
3  summary judgment are due on or before February 28, 2011, and oppositions thereto are due on or
4  before March 28, 2011.

IT IS SO ORDERED.

Dated: ___January 4_____, 2011

The Hon. Charles R. Breyer
United States District Judge



1
[Proposed] Order Granting Continuance
Case No. CV 10-2164 CRB