LAW OFFICES OF ANITA TAFF-RICE
ANITA TAFF-RICE, SBN 186039
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone: (415) 699-7885
Facsimile: (925) 274-0988

Attorneys for Petitioner
  COMMPARTNERS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| COMMPARTNERS, LLC,<br>  a Nevada Corporation<br><br>  Petitioner,<br><br>       v.<br><br>THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA AND PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA<br><br>  Respondents | **CASE NO. 10-2164 CRB**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

On February 23, 2011, Plaintiff CommPartners, LLC ("CommPartners"), voluntarily withdrew its Complaint and sought dismissal of this case. Defendant California Public Utilities Commission ("Commission") and Defendant Pacific Bell Telephone d/b/a/ AT&T jointly stipulated to the dismissal of this case with prejudice.

No other parties have appeared in this proceeding, and no counterclaims have been filed.

/ / /

/ / /

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: ~~February~~ March 1____, 2011



_____
United States District Judge
Northern District

[PROPOSED] ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL
Case No. CV 10-2164 CRB

2